In the Matter of the Judicial Accounting of ALBERT PAYNE et al., as Executors of SILAS W. PAYNE, Deceased, Respondents ; SARAH R. KETCHAM, Appellant.

*Matter of Payne*, 78 Hun, 292, affirmed
(Submitted December 18, 1896 ; decided January 19, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered

May 24, 1894, which modified and, as modified, affirmed a decree of the surrogate of Suffolk county settling the accounts of respondents as executors.

*Timothy M. Griffing* for appellant.

*Walter H. Jaycox* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.